**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                                              NO. 5:07CV00092 JLH

PEARLIE MAE JORDAN, Individually and on
Behalf of the Estate of Silford Jordan Jr.;
GWENDOLYN STEPHENSON; KENT BROWN;
LARRY BROWN; WAYMON BROWN;
CAROLYN BROWN; KENNETH BROWN;
LEON JORDAN; BEOTHA MOORE; and
SILFORD JORDAN, III, Heirs of the Estate of Silford Jordan, Jr.                    DEFENDANTS

**ORDER**

The plaintiff has filed a motion to stay or administratively terminate foreclosure action due to defendant Pearlie Mae Jordan's Chapter 13 bankruptcy petition, Case No. 5:10-bk-13539. The motion is GRANTED. Document #19.

IT IS THEREFORE ORDERED that the Clerk of this Court terminate the above captioned foreclosure action administratively, subject to the right of any of the parties to petition to reopen and reinstate this action within 30 days after the automatic stay of the bankruptcy code is lifted or the bankruptcy case is terminated.

IT IS SO ORDERED this 15th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE